UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 17 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:22CR456 CDP/PLC |
| vs. ) | |
| ) | |
| DEVON GILL, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about February 23, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DEVON GILL,**

the Defendant, knowingly possessed one or more firearms, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearms previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about February 23, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DEVON GILL,**

the Defendant, did knowingly and intentionally possess with the intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code Sections 841(a)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about February 23, 2022, in the City of St. Louis, within the Eastern District of Missouri,

**DEVON GILL,**

the Defendant, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, a Schedule II controlled substance, as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NINO PRZULJ, #68334MO
Special Assistant United States Attorney