UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:22 CR 456 CDP |
| | ) | |
| DEVON GILL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

On October 17, 2022, defendant Devon Gill pleaded guilty to one count of being a felon in possession of one or more firearms in violation of 18 U.S.C. § 922(g)(1) and one count of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a). On January 13, 2023, I sentenced Gill to a sentence of 72 months' imprisonment, which was the sentence he and the government agreed to as set out in the plea agreement. With the assistance of counsel, Gill now moves for a reduced sentence under the First Step Act, 18 U.S.C. § 3582(c)(1)(A), asserting that with the death of his daughter's mother, he is the sole living parent of his teenaged daughter and must be released to provide for her care. I will deny the motion.

As an initial matter, I note that there is no evidence in the record showing that Gill's daughter is without a caregiver or that Gill's physical presence is

required for her care, especially given that Gill also indicates that his mother is willing to provide "whatever support she can." (ECF 62 at p. 4.)

Moreover, as set out in the government's response to Gill's motion, Gill has a substantial criminal history and committed several violations of the law while under court supervision. With a total offense level of 25 and a criminal history category of VI, Gill faced a guidelines imprisonment range of 110 to 137 months. His actual sentence of 72 months' imprisonment is substantially less than the guidelines sentence, and I continue to believe for the reasons stated by the government that the agreed-to sentence of 72 months remains appropriate, reflects the seriousness of the crime, promotes respect for the law, and provides just punishment for the offense.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Devon Gill's motion for sentence reduction under the First Step Act [44] is **DENIED.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of February, 2025.